274

one asked Blanc if he could search his vehicle within eight minutes of the stop. As the district court noted, nothing in the record indicates that Blanc's consent was involuntary. The circumstances were not coercive, deceptive, or intimidating.

We conclude Deputy Calderone possessed a reasonable suspicion that Blanc was engaged in criminal activity and thus had a right to detain Blanc. Once Blanc voluntarily consented to the search of his vehicle, he waived his Fourth Amendment rights. Accordingly, the district court properly denied Blanc's motion to suppress.

Accordingly, we affirm Blanc's conviction and sentence. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*

James Cavanagh, Appellant Pro Se.

Before NIEMEYER, WILLIAMS, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James Cavanagh, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 28 U.S.C. § 2241 (2000) petition. We have reviewed the record and find no reversible error. Accordingly, we deny Cavanagh's motion for appointment of counsel and affirm for the reasons stated by the district court. *Cavanagh v. Lamanna,* No. 3:05–cv–02842–RBH, 2007 WL 895473 (D.S.C. Mar. 22, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*

**James CAVANAGH, Petitioner— Appellant,**

v.

**John LAMANNA, Warden, Federal Correctional Institution at Edgefield, Respondent—Appellee.**

No. 07–6505.

United States Court of Appeals, Fourth Circuit.

Submitted: June 21, 2007.

Decided: June 29, 2007.

**Sonya C. McCASKILL, Plaintiff— Appellee,**

v.

**Jason YANKALUNAS; John W. Moore; Peter L. Tyler; John Felts, Defendants—Appellants,**

and

**Salisbury City Police Department; Wicomico County Sheriff's Department; John Doe(s) and/or Jane Doe(s) (Names Unknown at this Time), Indi-**